**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                    **CRIMINAL NO.: 5:19-CR-11-DCB-LRA**

**ARTHUR WILSON**                                  **DEFENDANT**

<u>ORDER</u>

On October 8, 2019, this Court granted the Defendant's Motion to Continue (Doc. 11) and set the trial for January 13, 2020. As of the date of this order, there are three motions pending before the Court: Motion to Suppress (Doc. 6), Motion to Declare Indictment Defective Due to Duplicity (Doc.7), and Motion to Dismiss (Doc. 8).

These motions will be heard on October 21, 2019 in Natchez, Mississippi at 10:00 am. The Court will also hear from the parties as to whether the two cases will be tried simultaneously.

SO ORDERED AND ADJUDGED, this the 8th day of October 2019.

                                       _/s/ David Bramlette_____

                                       UNITED STATES DISTRICT JUDGE