IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                                 Criminal No. 5:19-CR-00011-DCB-LRA

ARTHUR WILSON

<u>ORDER OF CONTINUANCE</u>

This cause having come before the Court on the unopposed motion of the United States to continue this matter for trial for approximately two weeks for the reasons set forth in the motion, and the Court having considered said motion, finds that for the following reasons the motion is well taken and is hereby granted, and that the period of delay shall be excluded in computing the time within which the trial of this matter commence in accordance with the Speedy Trial Act, 18 U.S.C. '3161.

Also having duly considered the factors articulated in Title 18, Section 3161(h)(7)(B)(i) to determine the appropriateness of a continuance, the Court finds that failure to grant such continuance would likely make a continuation of such proceeding impossible, or result in a miscarriage of justice, and pursuant to Title 18, Section 3161(h)(7)(A) of the United States Code, the ends of justice outweigh the best interests of the public and the defendant in a speedy trial in this cause and are best served by granting the requested continuance.

The Court finds that the defendant does not oppose the requested continuance has specifically waived any speedy trial objections heretofore arising or which may arise as a result of this requested continuance under the Speedy Trial Act or the Constitution in the case at bar.

IT IS THEREFORE ORDERED that this matter be continued until the early part of April

1

and will be reset to a date to be agreed upon by Counsel and the Court and that the period of delay shall be excluded in computing the time within which the trial of this matter commence in accordance with the Speedy Trial Act, 18 U.S.C. '3161. It is further ORDERED that all trial subpoenas previously issued in this cause returnable to the previous trial date will remain in force and effect and will be deemed returnable to the new trial date set by the Court without reissuance.

SO ORDERED, this the 20th day of March, 2020.

sDavid Bramlette
DAVID BRAMLETTE, III
SENIOR UNITED STATES DISTRICT JUDGE