**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                    **CRIMINAL CASE NO. 5:19-cr-11-KHJ-FKB**

**ARTHUR WILSON**                                                           **DEFENDANT**

**<u>ORDER</u>**

This case is before the Court on Defendant Arthur Wilson's Motion for Issuance of a Subpoena Duces Tecum [58], pursuant to Rule 17 of the Federal Rules of Criminal Procedure. The government opposes the motion. The Court having considered the matter, finds that the motion [58] should be granted.

Wilson seeks the Court's permission to issue a subpoena to Bank of America for production of ATM video footage and things prior to the trial. *See* [58] at 1.  Defendant is hereby granted permission to issue and serve the proposed subpoena [64] subject to the following corrections: the date of production should be extended to August 18, 2022.

IT IS, THEREFORE, ORDERED that:

1.  The Motion for Issuance of Subpoenas [58] is GRANTED as set forth herein;

2.  Defendant is granted permission to issue Bank of America the proposed subpoena [64], returnable to defense counsel at the Law Office of Danks, Miller, & Cory, 213 S. Lamar Street, Jackson, MS 39215, subject to the following correction: the date of production shall be extended to August 18, 2022.

SO ORDERED, this the 11th day of August, 2022.

 /s/ Kristi H. Johnson
UNITED STATES DISTRICT JUDGE